

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2008

**By Hand**

Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-8-08

Re:   **United States v. Maria Morales,**
       **08 Cr. 350 (JSR)**

Dear Judge Rakoff:

Please find enclosed a copy of the Indictment in the above-referenced case, which was returned by a Grand Jury on April 21, 2008. An arraignment and initial conference has been scheduled before Your Honor for May 16, 2008, at 5:00 p.m. The Government writes to respectfully request (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until May 12, 2008, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). Specifically, the parties are in negotiations concerning a disposition of this case, and expect to continue to the negotiations over the next week. Additionally, the Government shall use the time to prepare copies of the discovery for the defendant.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
(212) 637-2510

cc:   Mitchell Dinnersteib, Esq. *(by facsimile)*

*Time from 5/7 to 5/12 excluded.*
*SO ORDERED*

*[signature]*
USDJ
5-7-08